## Rothschild, Appellant, *v.* Fetsko et al.

Argued December 10, 1973. *Amos Rothschild,* appellant, in propria persona; *Robert A. Freedberg,* for appellee.

Order affirmed; petition for reargument refused March 14, 1974.

SPAULDING, J., absent.